IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD R. CADMUS, JR., | * |
| *Plaintiff,* | * |
| v. | * |
| CHECKR, INC. | * Civil Action No.: 1:19-cv-03459-RC |
| *Defendant.* | * |

## NOTICE OF ERRATA

Plaintiff, hereby, notifies the Court and Defendant that his Second Consent Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss/Motion for Summary Judgment (ECF No. 14) was inadvertently filed without Exhibit "G" which is attached herewith.

Dated: October 2, 2020                                                                  Respectfully Submitted,


                                                                                    By:/s/Richard R. Cadmus Jr.
                                                                                         *Pro Se*

Richard R. Cadmus Jr.
1258 James Street
Baltimore, MD 21223
(540)395-3539
randcadmus@gmail.com
*Pro se Plaintiff*

1