EXHIBIT "G"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD R. CADMUS, JR.,           *
                                  *
           *Plaintiff*,           *
                                  *
v.                                *
                                  *
                                  *   Civil Action No.: 1:19-cv-03459-RC
CHECKR, INC.                      *
                                  *
           *Defendant.*           *

---

**VERIFIED DELCARATION OF CONSUMER REPORT(S) MATRIX SUMMARY
PERTAINING TO PLAINTIFF RICHARD R. CADMUS JR.**

---

Plaintiff Richard R. Cadmus Jr.("Cadmus") *pro se* hereby files the following Verified Declaration of Consumer Report(s) Matrix Summary[1] (hereinafter "Verified Matrix") pertaining to Plaintiff Cadmus pursuant to Fed. R. Civ. P 56(c)(1)(A) and Rule 56(c)(4), and also attaches Defendant Checkr Inc.'s applicable Consumer Report(s) in long form herewith.

Plaintiff further submits this Verified Matrix in support of his Motion for Leave to File His Second Amended Complaint as well in support of Plaintiff's Response in Opposition to Defendant Checkr's Motion to Dismiss[2] [ECF No. 11]. Both are forthcoming and will incorporate the following:

---

[1]   This is a draft copy. The last column labeled "State/Federal Code Violations" have not been added yet due to time constraint. It is proffered to demonstrate the complexity of several Consumer Reports but is not a list of all of them. Plaintiff intends to file a completed and verified version of this document as a declaration with his Motion for Leave to File the Second Amended Complaint and his Response in Opposition to Defendant's Motion to Dismiss.

[2]   On August 12, 2020, the Court exercised its discretion to convert Defendant Checkr's Motion to Dismiss into a Motion for Summary Judgment pursuant to Fed. R. Civ. P 12(d). [ECF No. 12]

1

| **Checkr - 12/7/18 Consumer Report** | | | | | | EXHIBIT "A" |
|---|---|---|---|---|---|---|
| Item No. | Case No. | Charge | Disposition | Date of Disp. | Inaccurate or Dispute Reason | State/Federal Code Violation |
| 1. | CR04M02303-00 | Curse/Abuse | Guilty | 04/15/2004 | 14yrs after disposition | |
| 2. | GC13008455-00 | Assault | Nolle Prosi | 07/10/2013 | 7yrs after dismissed & 5yrs since CR | |
| 3. | GC11011695-00 | Stalking/Fear of Death | Guilty | 10/11/2011 | Inaccurate/Not Guilty & more than 7yrs since CR | |
| 4. | 68107C | Public Intox | Guilty | 09/13/1990 | 28yrs after disposition | |
| 5. | 55042I | DUI | Guilty | 05/23/1991 | 27yrs after disposition | |
| 6. | 42699 | Assault | Guilty | 07/03/1991 | 27yrs after disposition | |
| 7. | 60310I | NSF CHECK | Guilty | 02/12/1992 | 26yrs after disposition | |
| 8. | 2336R | Public Intoxi | Guilty | 08/07/1991 | 27yrs after disposition | |
| 9. | 59052I | NSF CHECK | Guilty | 07/29/1997 | Inaccurate/Dismissed & 21yrs since disposition | |
| 10. | GC13003628-00 | No business license | Dismissed | 06/07/2013 | 7yrs after dismissal & 5yrs since CR | |
| 11. | GC11000185-00 | Assault | Guilty | 03/09/2011 | Inaccurate/Dismissed & 7yrs after dismissal | |
| Driver's License: PA; Status: VALID | | | | | | |

| **Checkr – 02/20/2019 Consumer Report** | | | | | | EXHIBIT "B" |
|---|---|---|---|---|---|---|
| Item No. | Case No. | Charge | Disposition | Date of Disposition. | Inaccurate or Dispute Reason | State/Federal Code Violation |
| 1. | GC-13008455-00 | Assault | Nolle Prosi | 07/10/2013 | 7yrs after dismissed 6yrs since CR | |
| 2. | CR04M02303-00 | Curse/Abuse | Guilty | 4/15/2004 | 14yrs after disposition | |
| 3. | GC13003628-00 | No Business License | Dismissed | 07/15/2013 | 7yrs after disposition 6yrs since CR | |
| Driver's License: NV; Status: VALID (NOT ACCURATE) | | | | | | |

| **Checkr – 03/06/2019 Consumer Report** | | | | | | EXHIBIT "C" |
|---|---|---|---|---|---|---|
| Item No. | Case No. | Charge | Disposition | Date of Disp. | Inaccurate or Dispute Reason | State/Federal Code |

| | | | | | | State/Federal Code Violation |
|---|---|---|---|---|---|---|
| 1. | CR04M02303-00 | Curse/Abuse | Guilty | 04/15/2004 | 14yrs after disposition | |
| 2. | GC13008455-00 | Assault | Noll Pross | 07/10/2013 | 7yrs after dismissed 5yrs after CR | |
| 3. | 2336R | Public Intox. | Guilty | 08/07/1991 | 27yrs after disposition | |
| 4. | 60310I | NSF CHECK | Guilty | 02/12/1992 | 26yrs after disposition | |
| 5. | 55042I | DUI | Guilty | 05/23/1991 | 27yrs after disposition | |
| 6. | 42699 | Assault | Guilty | 07/3/1991 | 27yrs after disposition | |
| 7. | 59052I | NSF CHECK | Guilty | 08/29/1997 | Not Guilty & 23yrs after disposition | |
| 8. | 68107C | Public Intox. | Guilty | 09/13/1990 | 28yrs after disposition | |
| 9. | GC13003628-00 | No business License | Dismissed | 06/07/2013 | 7yrs after dismissed & 6yrs since CR | |
| Driver's License: PA; Status VALID  (NOT ACCURATE) | | | | | | |

| **Checkr – 03/05/2019 Consumer Report** | | | | | | EXHIBIT   "D" |
|---|---|---|---|---|---|---|
| Item No. | Case No. | Charge | Disposition | Date of Disp. | Inaccurate or Dispute Reason | State/Federal Code Violation |
| 1. | CR04M02303-00 | Curse/Abuse | Guilty | 04/15/2004 | 14yrs after disposition | |
| 2. | GC13008455-00 | Assault | Nolle Prosi | 07/10/2013 | 7yrs after dismissal & 6yrs since CR | |
| 3. | 2336R | Public Intox | Guilty | 08/07/1991 | 27yrs after disposition | |
| 4. | 60310I | NSF CHECK | Guilty | 02/12/1992 | 26yrs after disposition | |
| 5. | 55042I | DUI | Guilty | 05/23/1991 | 27yrs after disposition | |
| 6. | 42699 | Assault | Guilty | 07/03/1991 | 27yrs after disposition | |
| 7. | 59052I | NSF CHECK | Guilty | 08/29/1997 | Not Guilty & 23yrs after disposition | |
| 8. | 68107C | Public Intox | Guilty | 09/13/1990 | 28yrs after disposition | |
| 9. | GC13003628-00 | No Business License | Dismissed | 07/15/2013 | 7yrs after dismissal & 6yrs since CR | |
| Driver's License: VA; Status: SURRENDERED (NOT ACCURATE) | | | | | | |

| **Pre-Adverse Action Notice w/ 03-05-2019 Consumer Report Attached** | | | | | | EXHIBIT   "E" |
|---|---|---|---|---|---|---|
| Item No. | Case No. | Charge | Disposition | Date of Disp. | Inaccurate or Dispute Reason | State/Federal Code |

3

| Item No. | Case No. | Charge | Disposition | Date of Disp. | Inaccurate or Dispute Reason | State/Federal Code Violation |
|---|---|---|---|---|---|---|
| 1. | CR04M02303-00 | Curse/Abuse | Guilty | 04/15/2004 | 14yrs after disposition | |
| 2. | GC13008455-00 | Assault | Nolle Prosi | 07/10/2013 | 7yrs after dismissal & 6yrs since CR | |
| 3. | 2336R | Public Intoxi | Guilty | 08/07/1991 | 28yrs since disposition | |
| 4. | 60310I | NSF CHECK | Guilty | 02/12/1992 | 27yrs since disposition | |
| 5. | 55042I | DUI | Guilty | 05/23/1991 | 28yrs since disposition | |
| 6. | 42699 | Assault | Guilty | 07/03/1991 | 28yrs since disposition | |
| 7. | 59052I | NSF Check | Guilty | 08/29/1997 | Not Guilt & 23yrs since disposition | |
| 8. | 68107C | Public Intoxi | Guilty | 09/30/1990 | 29yrs since disposition | |
| 9. | GC13003628-00 | No business License | Dismissed | 07/15/2013 | 7yrs after dismissal & 6yrs since CR | |
| Driver's License: VA; Status: SURRENDERED (NOT ACCURATE) | | | | | | |
| | | | | | | |
| **Checkr 04/19/2019 Consumer Report to Uber** | | | | | | EXHIBIT "F" |
| Item No. | Case No. | Charge | Disposition | Date of Disp. | Inaccurate or Dispute Reason | State/Federal Code Violation |
| 1. | CR0500012401 | Speeding | Guilty | 06/07/2005 | 13yrs since disposition | |
| 2. | GC13008455-00 | Assault | Nolle Prosi | 07/10/2013 | 7yrs after dismissal & 6yrs since CR | |
| 3. | GC13003628-00 | No business license | Dismissed | 07/15/2013 | 7yrs after dismissal & 6yrs since CR | |
| 4. | CR04M0230300 | Curse/Abuse | Guilty | 04/15/2004 | 14yrs after disposition | |
| 5. | 68107C | Public Intoxi | Guilty | 09/13/1990 | 29yrs since disposition | |
| 6. | 55042I | DUI | Guilty | 05/23/1991 | 28yrs since disposition | |
| 7. | 42699 | Assault | Guilty | 07/03/1991 | 28yrs since disposition | |
| 8. | 60310I | NSF CHECK | Guilty | 02/12/1992 | 27yrs since disposition | |
| 9. | 2336R | Public Intox | Guilty | 08/07/1991 | 28yrs since disposition | |
| 9. | 59052I | NSF CHECK | Guilty | 08/29/1997 | 22yrs since disposition | |
| Driver's License: PA; Status: VALID (NOT ACCURATE) | | | | | | |
| | | | | | | |
| **Checkr 05/22/2020 Consumer Report to Uber** | | | | | | EXHIBIT "G" |
| Item No. | Case No. | Charge | Disposition | Date of Disp. | Inaccurate or Dispute Reason | State/Federal |

|    |                  |                        |            |            |                                                  | Code Violation |
|----|------------------|------------------------|------------|------------|--------------------------------------------------|----------------|
| 1. | CR05000124-01    | Speeding               | Guilty     | 06/07/2005 | 15yrs since disposition                          |                |
| 2. | GC13003628-00    | No Business License    | Dismissed  | 07/15/2013 | 6.8yrs after dismissal                           |                |
| 3. | GC12006912-00    | Dog Running at Large   | Guilty     | 12/03/2012 | 7.8yrs after disposition                         |                |
| 4. | GC11000185-00    | Assault                | Guilty     | 03/09/2011 | Inaccurate – Dismissed & 9yrs after disposition  |                |
| 5. | CR94000059-00    | Improper Turn          | Guilty     | 04/25/1994 | 26yrs after disposition                          |                |
| 6. | GC13008455-00    | Assault                | Nolle Prosi| 07/10/2013 | 6.8yrs after dismissal                           |                |
| 7. | CR04M02303-00    | Curse/Abuse            | Guilty     | 04/15/2004 | 26yrs after disposition                          |                |

Driver's License: MD; Status VALID (ACCURATE)

Signed:   October 1, 2020                                RESPECTFULLY SUBMITTED,

                                                         /s/Richard R. Cadmus Jr.
                                                         Richard R. Cadmus Jr.
                                                         1258 James St.
                                                         Baltimore, MD 21223
                                                         P: (540)398-7677
                                                         randcadmus@gmail.com
                                                         *Pro Se Plaintiff*

VERIFICATION

      Pursuant to 28 U.S. Code § 1746, I, Richard R. Cadmus Jr., declare under penalty of perjury under the laws of the United States of America that I have personal knowledge of the foregoing and that the foregoing is true and correct to the best of my knowledge, information and belief.   Executed on October 1, 2020.

                                                         Signed: /s/Richard R. Cadmus Jr

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD R. CADMUS, JR.,                *
                                       *
                   Plaintiff,          *
                                       *
v.                                     *
                                       *
                                       *   Civil Action No.: 1:19cv03459-RC
CHECKR, INC.                           *
                                       *
                   Defendant.          *

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been electronically docketed/filed with the United States District Court Clerk for the District of Columbia on October 1, 2020 using the CM/ECF System which will cause a Notice of Electronic Filing email to be issued to the following user:

David A. Dormont
Montgomery McCracken Walker
  & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103
Telephone: (215) 772-7280
Facsimile: (215) 731-3644
E-mail: ddormont@mmwr.com

***Counsel for Defendant
Checkr, Inc.***

/s/_Richard R. Cadmus Jr.
Richard R. Cadmus Jr.

6